YM

FILED
JANUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 170

JUDGE ST. EVE
MAGISTRATE JUDGE COLE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| CASA DE CAMBIO MAJAPARA S.A. de C.V., | ) |
| and JOM CORPORATION OF ILLINOIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, and 12 U.S.C. § 632, Defendant Casa de Cambio Majapara S.A. de C.V. ("Majapara") hereby files this Notice of Removal of the action pending in the Circuit Court of Cook County, County Department, Law Division (the "State Court Action") from the Cook County Circuit Court to the United States District Court for the Northern District of Illinois. In support of removal, Majapara states as follows:

1.　　This action was commenced by Plaintiff's filing a complaint in the Circuit Court of Cook County, Illinois on December 14, 2007. This Notice of Removal is being filed within 30 days after the receipt by the Defendant of a copy of the pleading setting forth the claim for relief upon which such action or proceeding is based. Thus, this Notice of Removal is timely.

2.　　Pursuant to 28 U.S.C. § 1446, the documents attached as Exhibit A constitute all of the process and pleadings that defendant has received in this action.

3.　　Defendant has not answered the State Court Action nor has the time to answer or otherwise plead expired.

4. Plaintiff, Wachovia Bank, N.A. ("Wachovia"), is a national banking association with its principal place of business in Charlotte, North Carolina.

5. Defendant Majapara is a Mexican corporation with its principal place of business in Mexico City, Mexico.

6. Nominal defendant JOM Corporation of Illinois ("JOM"), now dissolved, was a corporation organized under the laws of the State of Illinois that had its principal place of business in San Diego, California. While JOM is listed in the case caption, Majapara understands that plaintiff filed a motion to add JOM as a defendant that was not, in fact, granted.[1]

7. Wachovia's Complaint in the State Court Action purports to allege six causes of action: breach of contract, promissory estoppel, unjust enrichment, fraud and breach of contract/anticipatory repudiation (all against Majapara), and alter ego liability (against JOM). Wachovia claims millions of dollars in damages in connection with these purported causes of action.

8. Defendant hereby removes this case pursuant to 28 U.S.C. §§ 1441(a) and 1331, and 12 U.S.C. § 632, in that this is a suit (i) of a civil nature at common law or in equity to which Wachovia, which is organized under the laws of the United States, is a party; and (ii) arising out of transactions involving international or foreign banking, or out of other international or foreign financial operations, and as such is deemed to arise under the laws of the United States.

---

[1] JOM merged into JOM Corporation of Texas ("JOM Texas") in 2006. Counsel for Majapara has conferred with representatives of JOM Texas, and to the extent consent is needed, JOM Texas consents to the removal of this action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois. JOM Texas is a corporation organized under the laws of the State of Texas that has its principal place of business in San Diego, California.

9. Defendant hereby removes this case pursuant to 28 U.S.C. §§ 1441(b) and 1332, in that this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between a citizen of a State and a citizen or subject of a foreign state.

10. Defendants do not waive any right to contest personal jurisdiction or service by filing this Notice of Removal. *See, e.g., Silva v. City of Madison*, 69 F.3d 1368, 1376 (7th Cir. 1995).

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice will hereafter be filed with the Clerk for the Circuit Court of Cook County, Illinois and served on all parties to this lawsuit.

WHEREFORE, defendant Casa de Cambio Majapara S.A. de C.V. respectfully removes the above-captioned action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

January 8, 2008                             Respectfully submitted,

                                            CASA DE CAMBIO MAJAPARA S.A. de C.V.

                                            By:   /s/ Celiza P. Bragança
                                                  One of its attorneys

                                            Celiza P. Braganca
                                            Thomas D. Brooks
                                            SPERLING & SLATER, P.C.
                                            55 West Monroe Street, Suite 3300
                                            Chicago, Illinois 60603
                                            312/641-3200

## CERTIFICATE OF SERVICE

      I, Celiza P. Bragança, certify that I caused a true and correct copy of the foregoing *Notice of Removal*, to be served upon:

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606

Robert C. Samko, P.C.
100 West Monroe Street, Suite 1900
Chicago, Illinois 60603

via Messenger this 8th day of January, 2008.

                                                               /s/ Celiza P. Bragança