# ReedSmith
# Sachnoff & Weaver

# FAX TRANSMITTAL

**From:** Michael D. Richman
Direct Phone: +1 312 207 2402
Email: mdrichman@reedsmith.com
Date: January 8, 2008

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
Direct Fax: 312.207.6400

## Total Number Of Pages Including Cover Page 16

## FAX TO

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Celiza P. Braganca | Sperling & Slater, P.C. | 312-641-6492 | 312-641-3200 |
| Robert C. Samko | Robert C. Samko, P.C. | 312-332-3612 | 312-236-7060 |

**Original will follow via:** ☐ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☒ None

**NOTES:**

JAN 8 10 47

If you do not receive all of the pages, please call Cheryl Prentice at 312.207.1000.

Please Transmit Before  ☐9 ☐10 ☒11 a.m. ☐12 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 p.m.

Client Number: 845566     Matter Number: 60069     Attorney Number: 007557
Transmission Time: ____:____ a.m./p.m.     Finish Time: ____:____ a.m./p.m.
Operator: _____

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

# RUSH

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

1/8/08 10:42 AM

**08 C 170**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE COLE**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, <br><br> *Plaintiff*, <br><br> v. <br><br> MAJAPARA CASE DE CAMBIO S.A. de C.V., a Mexican corporation, <br><br> *Defendant*, <br><br> HARRIS, N.A., an Illinois corporation, <br><br> *Garnishee*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 2007L13958 |

### NOTICE OF EMERGENCY MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on January 8, 2008, at __11:30 A.M.__, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge Alexander P. White, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2503 of The Richard J. Daley Center, Chicago, Illinois, for presentation of **Plaintiff's Emergency Motion to Clarify Schedule**, a copy of which is attached hereto and hereby served upon you.

Dated: January 8, 2008.

Respectfully submitted,

**WACHOVIA BANK, N.A.**. *Plaintiff*

By: _/s/ [signature]_
One of Its Attorneys

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 South Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000
Firm I.D. # 43456

CHILIB-2130906.1-MDRichma-845566-60069

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASA DE CAMBIO MAJAPARA S.A. de C.V., a.k.a. )<br>Majapara Casa de Cambio S.A. de C.V. and JOM )<br>CORPORATION OF ILLINOIS, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>Harris N.A., a National Association, )<br>)<br>Garnishee. ) | Case No. 2007L13958 |

## PLAINTIFF'S EMERGENCY MOTION TO CLARIFY SCHEDULE

Plaintiff Wachovia Bank, National Association ("Wachovia") hereby moves for an order clarifying the scheduling of the return date and hearing in this case. In support of this Motion, Wachovia states as follows:

1. On December 14, 2007, Wachovia moved for the issuance of an Order of Attachment directed to and seizing any and all property and accounts in the name of or for the benefit of Majapara Casa de Cambio Majapara S.A. de C.V., including an account held at Harris Bank. In Support of this Motion, Wachovia filed the Affidavit of Carlos A. Perez. The Court granted this Motion on December 14, 2007 and entered an Order for Attachment and Summons, a copy of which is attached hereto as Exhibit A. The Order for Attachment set a return date of January 11, 2008.

2. On December 17, 2007, the Court entered a Supplemental Order of Attachment applying the December 14, 2007 Order for Attachment to the property of Casa de Cambio

Majapara S.A. de C.V. ("Majapara")  A copy of this Supplemental Order for Attachment is attached hereto as Exhibit B. Wachovia also filed its Complaint on December 17, 2007.

3. On December 17, 2007, the Court also struck the January 11, 2008 return date on the Order for Attachment and set a new return date of January 10, 2008 at 9:30 a.m. The Court subsequently indicated that it expected to hold an evidentiary hearing on the return date.

4. As per the Court's Order, Majapara was served with all papers via overnight mail and registered mail. Wachovia also served Majapara with all orders via regular mail and via personal service.

5. On January 4, 2008, counsel for Wachovia received a voice mail message and a letter from Celiza P. Braganca of the firm Sperling & Slater indicating that she represents Majapara in this matter and that she requested "an extension of 30 days to respond." A copy of this letter is attached hereto as Exhibit C. To the best of our knowledge, neither Ms. Braganca nor anyone else has filed an appearance with the Court.

6. On January 4, 2008, Michael Leib, counsel for Wachovia, returned Ms. Braganca's phone call, but Ms. Braganca did not return his call.

7. On January 7, 2008, Mr. Leib again called Ms. Braganca. In a series of phone conversations, and in an email, Mr. Leib indicated that Wachovia was prepared to move forward with the hearing, but that, as a courtesy to counsel, Wachovia was certainly willing to consider agreeing to an extension of time and to reset the January 10, 2008 hearing. Ms. Braganca stated that she was no longer sure that her client wanted an extension and would get back to Mr. Leib. In response, Mr. Leib stated that Wachovia has at least one witness flying in for the January 10, 2008 hearing on the Order for Attachment and that any agreement on an extension of time to respond to the Complaint and a resetting of the hearing needed to be resolved by the parties and

approved by the Court prior to Wachovia's witness leaving for the airport at approximately 1 p.m. CST on January 8, 2008. In an email, Mr. Leib also indicated that, for Wachovia to agree to any motion by Majapara for an extension of time, it would require Majapara to agree to respond to the Complaint at least ten (10) days prior to the new hearing date and for Majapara to agree not to move the new hearing date absent an agreement by all parties and the Court. In that email, Mr. Leib informed Ms. Braganca that, given the fact that a Wachovia witness would be flying in from out of town on January 8, 2008, Wachovia needed to know by 9:30 a.m. on January 8, 2008 whether Majapara was seeking an extension and whether they would agree to Wachovia's requested terms.

8. Neither Mr. Leib nor any of Wachovia's attorneys heard back from Ms. Braganca prior to Wachovia filing this Motion.

9. In order to avoid the unnecessary time and expense of having a witness fly to Chicago for a hearing that Majapara's counsel has indicated it may request the Court reset, Wachovia is filing this emergency motion requesting that the Court clarify the scheduling in this case. Specifically, Wachovia requests that the Court clarify the date Majapara is required to respond to the Complaint, and that the Court clarify whether the hearing on the Order for Attachment will go forward as scheduled on January 10, 2008.

10. Wachovia further requests that, if the Court does extend the time for Majapara to respond to the Complaint and resets the January 10, 2008 hearing, that the Court set the date for Majapara to respond to the Complaint at least ten (10) days prior to the new hearing date on the Order for Attachment. Wachovia further requests that, if the dates are extended upon Majapara's Motion, that the Court require Majapara not to move for an earlier hearing absent agreement with Wachovia and further Court order.

**WHEREFORE**, for the reasons stated above, Plaintiff Wachovia Bank, National Association requests that the Court clarify the date by which Majapara is required to respond to the Complaint, and that the Court clarify whether the hearing on the Order for Attachment will go forward as scheduled on January 10, 2008, and that the Court grant Wachovia such other relief as the Court deems just and proper.

Dated: January 8, 2008.

Respectfully submitted,
*WACHOVIA BANK, N.A.*, *Plaintiff*

By: _____
One of Its Attorneys

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000
Firm I.D. # 43456
Attorneys for Plaintiff

# EXHIBIT A

Order Attachment Returnable    (This form replaces CCM1 24, CCMD 24 and CCL 27)    (Rev. 1/2/01) CCG 0024

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Wachovia Bank, National Association
**Plaintiff**

vs.

Majapara Casa De Cambio S.A. de C.V.
**Defendant**

Harris N.A.
**Garnishee***

No. 07 L 13958

Amount Claimed $ 24,711,845.00

Return Date January 11, 2008
(December 18, 2007 as to Garnishee Harris N.A.'s interrogatory answers)

### ORDER FOR ATTACHMENT AND SUMMONS

The Plaintiff Wachovia Bank, National Association having established by ~~complaint and~~ affidavit a prima facie case that the Defendant Majapara Casa De Cambio S.A. de C.V. is justly indebted to the Plaintiff Wachovia Bank, National Association in the amount of 24,711,845 Dollars xxx and Cents and that Defendant (1) is not a resident of this State and (2) either (a) within the two years preceding the filing of Plaintiff's affidavit has fraudulently concealed or disposed of its property so as to hinder or delay its creditors, or (continued on page 2)

(Here State the Grounds of Attachment Relied Upon in the Affidavit)

and the Plaintiff having given bond and security, according to law: IT IS ORDERED that the Sheriff of Cook County attach so much of the estate, real or personal of the defendant as may be found in your county, as shall be of value sufficient to satisfy the debt and costs, according to the affidavit, but in case any specific property of the defendant found in your county shall be described herein, then you shall attach the described property only, and no other property, the said specified property to be so attached, being described as follows:

Any and all bank accounts or other property of any kind upon which Majapara Casa de Cambio S.A. de C.V. has an interest that is held at, maintained by, or in the custody or possession of Harris N.A. (d/b/a/ Harris Bank), including but not limited to Account Number 2004919, up to a total aggregate amount of $12.5 million (US$)

and such estate attached in your possession to secure, or to provide that the same may be liable to further proceedings according to law; and that you summon the defendant to either appear in person or through his/her attorney and cause an appearance and answer to be filed in said cause in Room 801, Richard J. Daley Center, Chicago, Illinois
(Location)

on or before January 11, 2008 or at his/her option, to appear at any time prior thereto and move the court to set a hearing on this Order for Attachment or affidavit, and that you also summon Harris N.A. as garnishees*, requiring them to file with the clerk of the court at Room 801, Richard J. Daley Center, Chicago, Ilinois at 9:30 A.M.
(Location)

on December 18, 2007, or before that time their answers in writing to the interrogatories, submitted.
(continued on page 2)

Atty. No.: 43456
Name: Barry Rosen, Reed Smith LLP
Atty. for: Plaintiff
Address: 10 S. Wacker Dr., Suite 4000
City/State/Zip: Chicago, IL 60606-7507
Telephone: 312-207-1000

ENTER: _____

Judge    Judge's No.

735 ILCS 5/4-110.

*Strike out portions not applicable.

### NOTICE TO SHERIFF

Service upon the defendant shall be made as soon as possible after entry of this Order for Attachment upon the property described herein, but in no event later than five days thereafter.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> MAJAPARA CASA DE CAMBIO S.A. de C.V., <br><br> Defendant, <br><br> HARRIS N.A., <br><br> Garnishee. | Case No. 07 L 13958 |

### ORDER FOR ATTACHMENT AND SUMMONS (con't)

(b) is about fraudulently to conceal, assign, or otherwise dispose of his or her property or effects, so as to hinder or delay his or her creditors.

Harris N.A. shall serve counsel for Plaintiff with its interrogatory answer by hand delivery on or before December 18, 2007.

Service of this Order for Attachment and Summons along with the supporting papers via overnight mail and registered mail upon Majapara Casa De Cambio S.A. de C.V. at its office located at Grecia No. 64, Colonia San Alvaro, Mexico City, C.P. 02090, Mexico, to be deposited to the overnight carrier and in the mail on or before December 17, 2007, shall be deemed good and sufficient service thereof.

*[Clerk of the Circuit Court stamp: DEC 14 2007]*

12/14/07 12:45 PM

## NOTICE TO GARNISHEE

Answers to the following interrogatories must be delivered to the Clerk of the Court at or before the date and time fixed in the Order for Attachment. They may be sent by registered mail directed to Room 801, Richard J. Daley Center, Chicago, Illinois 60602, provided delivery is made in due time. Failure to answer may result in entry of a conditional judgment against the garnishee defendant for the amount claimed by the plaintiff.

## INTERROGATORIES TO GARNISHEE

1. When you were served with an Order for Attachment, was there any indebtedness due or to become due from you to the defendant, except for wages? If your answer is yes, state fully the nature, amount and due date of such indebtedness.

2. When you were served with an Order for Attachment, was there any other property in your possession, custody or control (a) belonging to the defendant or (b) in which the defendant has an interest? If your answer is yes, describe the property, including the amount of money in any bank accounts.


_____ having been duly sworn deposes and says that the undersigned

is the _____ of Garnishee, that the undersigned has knowledge of the

facts pertaining to the answers to the foregoing interrogatories. Under penalties as provided by

law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, 735 ILCS 5/1-109, the

undersigned certifies that the statements set forth in the foregoing Interrogatory Responses are

true and correct, except as to matters therein stated to be on information and belief, and as to

such matters, the undersigned certifies as aforesaid that the undersigned believes the same to be

true.

Executed this __th day of December 2007 in _____, _____.

_____
_____

Subscribed and sworn before me
This _____ day of _____, 2007.

_____

2

# EXHIBIT B

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASA DE CAMBIO MAJAPARA S.A. de C.V., )<br>a.k.a. Majapara Casa de Cambio S.A. de C.V., )<br>and JOM CORPORATION OF ILLINOIS )<br>)<br>Defendant, )<br>)<br>Harris N.A., a National Association, )<br>)<br>Garnishee. ) | **WORKING FILE**<br><br>Case No. 2007L13958 |

### SUPPLEMENTAL ORDER FOR ATTACHMENT AND SUMMONS

Plaintiff's Motion for Leave to Amend having been granted, and the identity of the corporate Defendant Casa De Cambio Majapara S.A. de C.V. having been amended for all purposes to be "Casa De Cambio Majapara S.A. de C.V. a.k.a. Majapara Casa de Cambio S.A. de C.V." and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Order for Attachment entered against the property of Majapara Casa De Cambio S.A. de C.V. in case number 07 L 13958 on December 14, 2007 ("Order for Attachment") IS HEREBY SUPPLEMENTED to apply in addition to the property of Casa de Cambio Majapara S.A. de C.V.

Dated: December 17, 2007

ENTER: _____
Judge

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000
Firm I.D. # 43456

ENTERED
JUDGE WHITE - 0241
DEC 17 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

# EXHIBIT C

# SPERLING & SLATER
PROFESSIONAL CORPORATION

January 4, 2008

56 WEST MONROE STREET
SUITE 3200
CHICAGO, IL 60603

TELEPHONE
(312) 641-3200
FACSIMILE
(312) 641-6492

**Via Facsimile (212) 521-5450**
**and U.S. Mail**
Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10002

**Via Facsimile (312) 207-6400**
**and U.S. Mail**
Michael D. Richman, Esq.
Michael S. Leib, Esq.
Reed Smith Sachnoff & Weaver
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507

Re: *Wachovia v. Casa de Cambio MAJAPARA, S.A. de C.V*, Case No. 07 Civ. 11230 (SDNY)

*Wachovia Bank, National Association v. Majapara Casa De Cambio, S.A. de C.V and Harris N.A.* (Garnishee), No. 07 L 13958 (Cir. Ct. Cook Cnty., IL)

Dear Sirs:

Please be advised that we have been retained to represent Casa De Cambio MAJAPARA in the above-captioned matters. Since we have only recently been retained, we wish to know whether you will object to the request we intend to make in both courts for an extension of 30 days to respond. We intend to file our motions as soon as possible.

You can reach me at (312) 641-3200.

Sincerely,

Celiza P. Bragança

## CERTIFICATE OF SERVICE

I, Michael D. Richman, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **Notice of Emergency Motion** and **Plaintiff's Emergency Motion to Clarify Schedule** to be served upon the following via electronic mail and facsimile transmission this 8th day of January, 2008:

Celiza P. Braganca
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
cbraganca@sperling-law.com
312-641-6492 (fax)
312-641-3200 (telephone)

Robert C. Samko
Robert C. Samko P.C.
100 West Monroe Street
19th Floor
Chicago, IL 60603
prsamko@hotmail.com
312-332-3612 (fax)
312-236-7060 (telephone)

_____
Michael D. Richman