```
J7142A              *** IFT II TRANSACTION INQUIRY ***   11:03F1956-0-12 12/12/07
CASE:                        ACCOUNTING

ISN: 6-071105-191077-000A      USD        61,233.85   VDATE:   11/05/07
               D E B I T                     C R E D I T
  ACCT NO  :  601 0000010400008    ACCT NO  : 601 2000192003887
  ACCT NAME: FEDRESB              ACCT NAME: MAJCASCAM MX ME 2
  RCVD:  [redacted]                SENT: MAJAPARA CASA DE CAMBIO S.A.
                              IL        MEXICO, D.F. MEXICO      MX
                                  BENE REF : NONE
                                  TRAN DEST: IN       PAY VIA: IN

     CHIPS REFERENCE INFORMATION     NET SEQ IN  :
                                     NET SEQ OUT :
                                     DIR SEQ IN  : 003524
                                     DIR SEQ OUT :

  CONVERTED AMT:      61,233.85      COMMISSION   :      0.00
  EXCHANGE RATE:   0.000000000000    WIRE CHARGES :      0.00

  SEG:         PF1=PAGE BACK, PF2=J7 MENU, PF3=SIGN-OFF, PF5=SELECT SCREEN,
               PF6=SEARCH SCREEN, PF8=ENTER CASE #, PF9=NEXT ISN, PF10=IPS
*** INSERT CASE NUMBER IF TRANSACTION BELONGS TO EXISTING CASE ***
DEPRESS 'ENTER' FOR BENEFICIARY BANK DATA
```

```
J7142A              *** IFT II TRANSACTION INQUIRY ***   11:03F1956-0-12 12/12/07
CASE:                        TEXT RECORDS

ISN: 6-071105-191077-000A      USD        61,233.85   VDATE:   11/05/07
          ORIGINATING CUSTOMER              ORIGINATING BANK
  TYPE: ORG= FORMAT:  CD  CREATOR: A   TYPE: OGB= FORMAT:  PF  CREATOR: A
  /[redacted]                             601FEDRESB
                                                    000010400008
                                                            IL

                          BANK TO BANK INFO
  TYPE:        FORMAT:     CREATOR:




  SEG:         PF1=PAGE BACK, PF2=J7 MENU, PF3=SIGN-OFF, PF5=SELECT SCREEN,
               PF6=SEARCH SCREEN, PF8=ENTER CASE #, PF9=NEXT ISN, PF10=IPS
DEPRESS 'ENTER' FOR TIMESTAMP
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2007L13958 |
| v. | ) | |
| | ) | |
| CASA DE CAMBIO MAJAPARA S.A. de C.V., | ) | |
| a.k.a. Majapara Casa de Cambio S.A. de C.V., | ) | |
| and JOM CORPORATION OF ILLINOIS | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| Harris N.A., a National Association, | ) | |
| | ) | |
| Garnishee. | ) | |

**PLAINTIFF'S EMERGENCY MOTION TO MODIFY
TEMPORARY RESTRAINING ORDER**

Plaintiff Wachovia Bank, National Association ("Wachovia") hereby moves for a modification of the temporary restraining order entered by this Court on December 17, 2007 against JOM Corporation of Illinois. In support of this Motion, Wachovia states as follows:

1. On December 17, 2007, Wachovia moved for a temporary restraining order enjoining Defendant JOM Corporation of Illinois from transferring any monies, property, accounts or assets.

2. On December 17, 2007, the Court granted Wachovia's Motion and entered the requested temporary restraining order.

3. Because Wachovia had a good faith reason to believe that JOM Corporation of Illinois had a bank account at Harris N.A. ("Harris") (see 12/17/07

Affidavit of Arlene Rentas-Novoa ¶¶ 11-12 and exhibits thereto), on December 17, 2007, Wachovia forwarded a copy of the temporary restraining order to Harris.

4. Wachovia understands that, based on their receipt of the temporary restraining order, Harris put a restriction on a certain account preventing any debits on the account.

5. At approximately 4:30 p.m. on December 19, 2007, outside counsel for Harris informed outside counsel for Wachovia that he believed the account Harris placed a restriction on was formerly held in the name of JOM Corporation of Illinois, but now is held in the name of JOM Corp. In addition, documents produced by Harris after 6 p.m. on December 19, 2007 in response to expedited discovery served by Wachovia appear to show that, in late-May 2006, a request was made of Harris to change the name on the account from JOM Corporation of Illinois to JOM Corp. as a result of a decision on the part of JOM Corporation of Illinois and/or JOM Corp. to "aggregate and consolidate all of its operations into JOM Corp."

6. Upon learning this information, on the night of December 19, 2007, Wachovia sent an email to Harris' outside counsel and in-house counsel stating that, because the temporary restraining order is directed solely to JOM Corporation of Illinois, Wachovia does not believe that the order applies to JOM Corp. Wachovia also stated that, "to the extent the account on which Harris has placed a restriction on debits is actually held in the name of JOM Corp. rather than JOM Corporation of Illinois, [Wachovia] believe[s] that any restrictions should be removed."

7. To ensure that the December 17, 2007 temporary restraining order cannot be misinterpreted, Wachovia requests that the Court enter an Order modifying the

2

temporary restraining order to make it clear that the temporary restraining order does not apply to the assets of JOM Corp.

WHEREFORE, for the reasons stated above, Plaintiff Wachovia Corporation, National Association requests that the Court modify the temporary restraining order to make it clear that the temporary restraining order does not apply to the assets of JOM Corp., and for such other relief as the Court deems just and proper.

Dated: December 20, 2007

Respectfully submitted,
*WACHOVIA BANK, N.A.*
Plaintiff,

By: /s/ Michael Leib
One of Its Attorneys

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000
Firm I.D. # 43456
Attorneys for Plaintiff

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CASA DE CAMBIO MAJAPARA S.A. de C.V., ) <br> a.k.a. Majapara Casa de Cambio S.A. de C.V., ) <br> and JOM CORPORATION OF ILLINOIS ) <br> ) <br> Defendant, ) <br> ) <br> Harris N.A., a National Association, ) <br> ) <br> Garnishee. ) | Case No. 2007L13958 |

## ORDER MODIFYING TEMPORARY RESTRAINING ORDER

This Cause coming on to be heard on Plaintiff's Emergency Motion to Modify Temporary Restraining Order, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's Motion is GRANTED;

2. The Temporary Restraining Order dated December 17, 2007 against Defendant JOM Corporation of Illinois is hereby modified to include an additional sentence at the end of Paragraph 2, which reads as follows:

"This Temporary Restraining Order applies only to JOM Corporation of Illinois; the Court hereby expressly states that the Temporary Restraining Order does not apply to JOM Corp. or its assets," *or to JOM Corp. as the surviving corporation of a merger with JOM Corporation of Illinois.*

Dated: December 20, 2007

*3. JOM Corp.'s Motion To Vacate Ex Parte Temporary Restraining Order entered in this case on December 17, 2007, is withdrawn.*

*Counsel for Plaintiff and for JOM Corp. having appeared, and Counsel for JOM Corp. having represented that the sole successor in interest to JOM Corporation of Illinois is JOM Corp., a Texas Corporation, through a statutory merger in 2006*

ENTER: _____
                    Judge

[ENTERED stamp: JUDGE ALEXANDER P. WHITE-0241 DEC 20 2007 CIRCUIT COURT OF COOK COUNTY, IL]

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000
Firm I.D. # 43456

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| CASA DE CAMBIO MAJAPARA S.A. de C.V., a.k.a. Majapara Casa de Cambio S.A. de C.V. and JOM CORPORATION OF ILLINOIS, | ) Case No. 2007L13958 |
| Defendant, | ) |
| and | ) |
| Harris N.A., a National Association, | ) |
| Garnishee. | ) |

## ORDER

This Cause coming on to be heard on Plaintiff's Motion for Temporary Restraining Order and pursuant to this Court's Order entered on December 17, 2007, due notice having been given, and the Court being fully advised in the premises, **IT IS HEREBY ORDERED**:

1. The Temporary Restraining Order entered on December 17, 2007, and modified by Order entered on December 20, 2007, expires at the close of business today;

2. Since Plaintiff does not at this time seek a preliminary injunction, the preliminary injunction hearing set for December 27, 2007 is stricken.

3. All other orders entered herein shall remain in full force and effect, including but not limited to the Order entered on December 17, 2007 granting Plaintiff's Motion for Expedited Discovery.

Dated: December 27, 2007

ENTER: _____
Judge

ENTERED
JUDGE ALEXANDER P. WHITE-0241
DEC 27 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000