# EXHIBIT C

**08 C 170**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE COLE**

## SPERLING & SLATER
PROFESSIONAL CORPORATION

TELEPHONE  
(312) 641-3200  
FACSIMILE  
(312) 641-6492

January 4, 2008

55 WEST MONROE STREET  
SUITE 3200  
CHICAGO, IL 60603

**Via Facsimile (212) 521-5450 and U.S. Mail**  
Scott S. McKessy, Esq.  
Reed Smith LLP  
599 Lexington Avenue  
29th Floor  
New York, NY 10002

**Via Facsimile (312) 207-6400 and U.S. Mail**  
Michael D. Richman, Esq.  
Michael S. Leib, Esq.  
Reed Smith Sachnoff & Weaver  
10 South Wacker Drive, 40th Floor  
Chicago, Illinois 60606-7507

Re: *Wachovia v. Casa de Cambio MAJAPARA, S.A. de C.V*, Case No. 07 Civ. 11230 (SDNY)

*Wachovia Bank, National Association v. Majapara Casa De Cambio, S.A. de C.V* and *Harris N.A.* (Garnishee), No. 07 L 13958 (Cir. Ct. Cook Cnty., IL)

Dear Sirs:

Please be advised that we have been retained to represent Casa De Cambio MAJAPARA in the above-captioned matters. Since we have only recently been retained, we wish to know whether you will object to the request we intend to make in both courts for an extension of 30 days to respond. We intend to file our motions as soon as possible.

You can reach me at (312) 641-3200.

Sincerely,

Celiza P. Bragança