# EXHIBIT D

**08 C 170**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE COLE**

**CHAMBERS OF**
**HON. BARBARA S. JONES**
UNITED STATES DISTRICT COURT
500 PEARL STREET
NEW YORK, NEW YORK 10007
TEL:   (212) 805-6185
FAX:   (212) 805-6191

January 8, 2008

## FAX COVER SHEET

To:   Scott McKessy
      Casey Laffey
      Attorneys for Plaintiff
      Fax:   212-521-5450

      George du Pont
      Attorney for Defendant
      Fax:   212-202-7516

Re:   <u>Wachovia v. Casa de Cambio Majapara</u>, 07 cv 11230

# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6743
Writer's Direct Fax: (212) 202-7516
E-mail: dupont@thshlaw.com

January 7, 2008

**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

Re: *Wachovia v. Casa de Cambio MAJAPARA, S.S. de C.V,*
Case No. 07 Civ. 11230 (SDNY)

Dear Judge Jones:

We are New York counsel for defendant Casa De Cambio MAJAPARA S.A. de C.V., a/k/a MAJAPARA Casa de Cambio S.A. de C.V. in the above-captioned matter. We request emergency relief granting a 30-day extension of time to answer, move or otherwise respond to the Amended Complaint in this case. We made this request to plaintiff's counsel on January 4, 2007 (*see* letter to Reed Smith LLP, dated January 4, 2008, annexed hereto), but plaintiff's counsel states that they have not yet received approval from their client and are unable to respond to our request.

Plaintiff sent the Amended Summons and Amended Complaint on our client on December 18, 2007, by mailing the documents via overnight delivery, Registered Mail and First Class Mail from New York, New York to Mexico City, Mexico. Although we do not concede that this constitutes effective service of process, out of an abundance of caution we nevertheless request until Wednesday, February 6, 2008 to answer, move or otherwise respond to the Amended Complaint. Needless to say, this request should not be construed either as a general appearance or a consent to personal jurisdiction.

[823555-1]

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

Honorable Barbara S. Jones
January 7, 2008
Page 2

No prior application for the same or similar relief has been made in this matter.

Respectfully submitted,

George F. du Pont

GDP/sc

cc: Scott S. McKessey, Esq., counsel for Plaintiff (via facsimile (212) 521-5450)
Michael D. Richman, Esq., counsel for Plaintiff (via facsimile (312) 207-6400)
Michael S. Leib, Esq., counsel for Plaintiff (via facsimile (312) 207-6400)
Celiza P. Braganca, Esq., counsel for Defendant (via facsimile (312) 641-6492)

Application Granted

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

1/8/07

[823555-1]

# ReedSmith

Scott S. McKessy
Direct Phone: 212.521.5421
Email: smckessy@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

January 7, 2008

**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

Re: Wachovia Bank, National Association v. Casa de Cambio Majapara S.A. de C.V. et al., 07 Civ. 11230 (BSJ)(RLE)

Dear Judge Jones:

My firm represents Wachovia Bank National Association ("Wachovia") in the above-referenced action. This past Friday afternoon, I was first contacted by the firm of Sperling & Slater who informed me that it would be appearing in this action on behalf of the defendant Majapara Casa De Cambio a/k/a Casa de Cambio Majapara. Majapara's counsel asked if Wachovia objected to a thirty-day extension of time to respond to the amended complaint, to which I indicated I needed to speak with my client and would revert. Before I had an opportunity to get back to Majapara's counsel regarding my client's position, its local counsel sent this Court a letter requesting an extension of time to respond to the complaint. Please be advised that Wachovia does not object to this extension of time.

Now that counsel has appeared in this action, however, Wachovia respectfully requests that Majapara's counsel acknowledge and represent that Majapara is complying with this Court's various orders of December 14th (as modified by this Court's Order of December 17th), December 20th and December 21st. Specifically, we request that Majapara be compelled to provide the information this Court ordered Majapara to produce in the December 14th Order (which was originally due on December 19th but which has never been supplied) no later than this Friday, January 11, 2008 (*i.e.* provide a detailed description, including location, of each asset and debt owed to Majapara).

Respectfully submitted,

Scott S. McKessy

*Application Granted. Majapara is directed to provide the requested information no later than 1/11/08*

**SO ORDERED**
Dated: 1/8/07
BARBARA S. JONES
U.S.D.J.

SSM/bt

cc: All Counsel (via facsimile)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-468497.1