# EXHIBIT E

**08 C 170**

**JUDGE ST. EVE
MAGISTRATE JUDGE COLE**

## Tom Brooks

**From:** Lisa Braganca
**Sent:** Wednesday, January 09, 2008 11:14 AM
**To:** 'Leib, Michael S.'
**Cc:** 'Richman, Michael D.'; 'McKessy, Scott S.'
**Subject:** RE: Wachovia v. Majapara, Case No. 2007 L 13958, Circuit Court of Cook County

I have just learned that Judge St. Eve requires three days notice of a motion, as opposed to the two day notice required by other judges in the Northern District of Illinois. Therefore, I will need a response to our request for an extension of time from you by 1:00 today as I intend to file the motion this afternoon. Thank you.

Celiza P. Bragança
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
(312) 641-3200 (phone)
(312) 242-6278 (direct)
(312) 641-6492 (fax)
cbraganca@sperling-law.com
www.sperling-law.com

---

**From:** Lisa Braganca
**Sent:** Wednesday, January 09, 2008 10:24 AM
**To:** Lisa Braganca; 'Leib, Michael S.'
**Cc:** 'Richman, Michael D.'; 'McKessy, Scott S.'
**Subject:** RE: Wachovia v. Majapara, Case No. 2007 L 13958, Circuit Court of Cook County

Michael,

The case number is 08 cv 170.
The case has been assigned to Judge St. Eve and Magistrate Judge Cole.

Please let me know your position on our request for an extension of time by the close of business today so that I can file a motion for extension of time tomorrow.

Regards,

Celiza P. Bragança
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
(312) 641-3200 (phone)
(312) 242-6278 (direct)
(312) 641-6492 (fax)
cbraganca@sperling-law.com

1/9/2008

www.sperling-law.com

---

**From:** Lisa Braganca
**Sent:** Tuesday, January 08, 2008 5:45 PM
**To:** Leib, Michael S.
**Cc:** Richman, Michael D.; McKessy, Scott S.
**Subject:** Wachovia v. Majapara, Case No. 2007 L 13958, Circuit Court of Cook County

Michael,

We have sent copies to you via hand-delivery of our notice of removal of the above captioned case. The court's electronic filing system has not yet assigned a case number and judge. We will give notify you of these assignments when we get them.

We request the same extension of time to respond in this case that Scott McKessey, your partner in New York, granted to us to respond the case that Wachovia filed against Majapara in the Southern District of New York. Please let me know whether you object to our request for a thirty (30) day extension of time in this case.

Regards,

Celiza P. Bragança
Sperling & Slater, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois  60603
(312) 641-3200 (phone)
(312) 242-6278 (direct)
(312) 641-6492 (fax)
cbraganca@sperling-law.com
www.sperling-law.com

---

**From:** Leib, Michael S. [mailto:MLeib@ReedSmith.com]
**Sent:** Tuesday, January 08, 2008 4:10 PM
**To:** Lisa Braganca
**Cc:** Richman, Michael D.; McKessy, Scott S.
**Subject:** Court Order

Lisa,
Attached is the ordered entered by the Court today.
Michael

<<Untitled.pdf>>

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

1/9/2008

\* \* \*

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.1.01.03
pdc1