FILED
JANUARY 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 C 170 |
| CASA DE CAMBIO MAJAPARA S.A. de C.V., and JOM CORPORATION OF ILLINOIS, | ) ) ) | Judge St. Eve |
| Defendants. | ) ) | Magistrate Judge Cole |

## NOTICE OF MOTION

To:　Counsel on attached service list

PLEASE TAKE NOTICE that on **Monday, January 14, 2008, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge St. Eve or any judge sitting in her stead, in Room 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendant's Motion for Extension to Answer or Otherwise Respond to Complaint.

January 9, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CASA DE CAMBIO MAJAPARA S.A. de C.V.

　　　　　　　　　　　　　　　　　　　By:　　/s/ Celiza P. Bragança　　　　
　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

　　　　　　　　　　　　　　　　　　　Celiza P. Braganca
　　　　　　　　　　　　　　　　　　　Thomas D. Brooks
　　　　　　　　　　　　　　　　　　　SPERLING & SLATER, P.C.
　　　　　　　　　　　　　　　　　　　55 West Monroe Street, Suite 3300
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　312/641-3200

**CERTIFICATE OF SERVICE**

I, Celiza P. Bragança, certify that I caused a true and correct copy of the foregoing NOTICE OF MOTION, to be served upon:

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606

Robert C. Samko, P.C.
100 West Monroe Street, Suite 1900
Chicago, Illinois 60603

electronically this 9th day of January, 2008.


                                                /s/ Celiza P. Bragança