## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Wachovia Bank, National Association

                                             Plaintiff,

v.                                                   Case No.: 1:08−cv−00170

                                                   Honorable Amy J. St. Eve

Majapara Casa de Cambio S.A. de C.V.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant Majapara Casa de Cambio S.A. de C.V. for extension of time to file answer or otherwise respond to complaint [6] is granted. Defendant to answer or otherwise plead by 2/14/2008.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.