U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08 CV 170
WACHOVIA BANK,
           vs.
MAJAPARA CASA DE CAMBIO, S.A., et al.
           and
HARRIS BANK, Garnishee.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WACHOVIA BANK

| | |
|---|---|
| NAME (Type or print) Michael S. Lieb | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Michael S. Lieb | |
| FIRM Reed Smith LLP | |
| STREET ADDRESS 10 South Wacker Drive | |
| CITY/STATE/ZIP Chicago, Illinois 60606-7507 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6243348 | TELEPHONE NUMBER (312) 207-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |