# Exhibit A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>MAJAPARA CASA DE CAMBIO S.A. de C.V., a Mexican corporation,<br><br>*Defendant,*<br><br>HARRIS N.A., an Illinois corporation,<br><br>*Garnishee.* | Case No. 07L13958 |

## ORDER

Plaintiff coming before the Court on its Emergency Motion for Leave to Add Defendant and the Court being advised in the premises, **IT IS HEREBY ORDERED:**

Plaintiff's Motion is GRANTED. JOM Corporation of Illinois is added as a defendant to the caption of the case.

The return date of Jan 11, 2008 on the Order for Attachment and Summons is stricken and the return date is now January 10, 2008 at 9:30 am.

Dated: December 17, 2007

ENTER: _____
                                    Judge

A preliminary injunction on Plaintiff's Emergency Motion for Entry of Ex Parte TRO is set for December 27, 2007 at 11:15 am, against JOM Corp of Illinois. The Court waives any requirement for bond; no bond is required on Plaintiff's Motion for TRO.

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000
Firm I.D. # 43456

ENTERED
JUDGE ALEXANDER P. WHITE - 0241
DEC 17 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

# Exhibit B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Wachovia Bank,                              )
                                            )
                    Plaintiff,              )
                                            )
        vs.                                 )   No. 07 CH 13958
                                            )   Judge Alexander White
Majapara Casa de Cambio, S.A. de CV         )
et al.,                                     )
                    Defendants.             )

## EMERGENCY NOTICE OF MOTION

To:   Mr. Barry Rosen
      Reed Smith LLP
      10 S. Wacker Drive
      Chicago, IL  60606

On December 20, 2007, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the honorable judge Alexander White presiding in courtroom 2503, Richard J. Daley Center, Chicago, IL, or any judge presiding in his stead, and present the Defendant's, JOM Corporation, Motion to Vacate Order, a copy of which is served upon you.

Robert C. Samko, P.C.                       Attorney for Defendant
100 W. Monroe Street, Ste. 1900             Chicago, IL  60603
312-236-7060                                Attorney No. 70287


## PROOF OF SERVICE BY DELIVERY

I, Robert C. Samko, the attorney certify that I caused to be served upon the above addressees at the above addresses a copy of this notice and motion by personal service before 5 p.m. on **December 19, 2007**, with proper postage prepaid.

Under penalties provided by law pursuant to 735 ILCS Sec.5/ 1-109, I certify that the statements set forth herein are true and correct.

Date: December 19, 2007.

# Exhibit C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) |
| Plaintiff, | ) ) ) Case No. 2007L13958 |
| v. | ) |
| CASA DE CAMBIO MAJAPARA S.A. de C.V., a.k.a. Majapara Casa de Cambio S.A. de C.V., and JOM CORPORATION OF ILLINOIS | ) ) ) ) |
| Defendant, | ) ) |
| Harris N.A., a National Association, | ) ) |
| Garnishee. | ) |

## ORDER MODIFYING TEMPORARY RESTRAINING ORDER

This Cause coming on to be heard on Plaintiff's Emergency Motion to Modify Temporary Restraining Order, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's Motion is GRANTED;

2. The Temporary Restraining Order dated December 17, 2007 against Defendant JOM Corporation of Illinois is hereby modified to include an additional sentence at the end of Paragraph 2, which reads as follows:

"This Temporary Restraining Order applies only to JOM Corporation of Illinois; the Court hereby expressly states that the Temporary Restraining Order does not apply to JOM Corp. or its assets," or to JOM Corp. as the surviving corporation of a merger with JOM Corporation of Illinois.

Dated: December 20, 2007

3. JOM Corp.'s Motion To Vacate Ex Parte Temporary Restraining Order entered in this case on December 17, 2007, is withdrawn.

Counsel for Plaintiff and for JOM Corp. having appeared, and Counsel for JOM Corp. having represented that the sole successor in interest to JOM Corporation of Illinois is JOM Corp., a Texas Corporation, through a statutory merger in 2006.

ENTER: _____
                              Judge

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000
Firm I.D. # 43456

# Exhibit D

(Rev. 4/12/01) CCL 0530

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Wachovia Bank
                                              Plaintiff

v.                                            No. 2007 L 13958

                                              Calendar: _____

Casa de Cambio Majapara
                                              Defendant

## APPEARANCE

☐ **GENERAL APPEARANCE**  0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE;
                          0904 - APPEARANCE FILED - FEE WAIVED
☑ **SPECIAL AND LIMITED APPEARANCE**  0905 - SPECIAL APPEARANCE - FEE PAID
                                      0906 - SPECIAL APPEARANCE - NO FEE

☐ **JURY DEMAND**  1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of:   ☐ Plaintiff   ☑ Defendant

JOM Corporation
_____
(INSERT LITIGANT'S NAME)

_____
SIGNATURE

☑ INITIAL COUNSEL OF RECORD     ☐ PRO SE
☐ ADDITIONAL APPEARANCE         ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

| ATTORNEY | PRO SE |
|---|---|
| NAME: Robert C. Samko, P.C. | NAME: |
| ATTORNEY FOR: JOM Corporation | ADDRESS: |
| ADDRESS: 100 W. Monroe Street #1900 | CITY/STATE/ZIP: |
| CITY/STATE/ZIP: Chicago, IL 60603 | TELEPHONE: |
| TELEPHONE: 312/236-7060 | INSURANCE COMPANY: |
| INSURANCE COMPANY: | ATTORNEY NUMBER 99500 |
| ATTORNEY NUMBER: 70287 | |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# Exhibit E

Case 1:08-cv-00170 Document 15-2 Filed 02/06/2008 Page 10 of 14

FILED
JANUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 170**

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. |
| CASA DE CAMBIO MAJAPARA S.A. de C.V., and JOM CORPORATION OF ILLINOIS, | ) ) ) ) | |
| Defendants. | ) ) ) | **JUDGE ST. EVE<br>MAGISTRATE JUDGE COLE** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, and 12 U.S.C. § 632, Defendant Casa de Cambio Majapara S.A. de C.V. ("Majapara") hereby files this Notice of Removal of the action pending in the Circuit Court of Cook County, County Department, Law Division (the "State Court Action") from the Cook County Circuit Court to the United States District Court for the Northern District of Illinois. In support of removal, Majapara states as follows:

1. This action was commenced by Plaintiff's filing a complaint in the Circuit Court of Cook County, Illinois on December 14, 2007. This Notice of Removal is being filed within 30 days after the receipt by the Defendant of a copy of the pleading setting forth the claim for relief upon which such action or proceeding is based. Thus, this Notice of Removal is timely.

2. Pursuant to 28 U.S.C. § 1446, the documents attached as Exhibit A constitute all of the process and pleadings that defendant has received in this action.

3. Defendant has not answered the State Court Action nor has the time to answer or otherwise plead expired.

4. Plaintiff, Wachovia Bank, N.A. ("Wachovia"), is a national banking association with its principal place of business in Charlotte, North Carolina.

5. Defendant Majapara is a Mexican corporation with its principal place of business in Mexico City, Mexico.

6. Nominal defendant JOM Corporation of Illinois ("JOM"), now dissolved, was a corporation organized under the laws of the State of Illinois that had its principal place of business in San Diego, California. While JOM is listed in the case caption, Majapara understands that plaintiff filed a motion to add JOM as a defendant that was not, in fact, granted.[1]

7. Wachovia's Complaint in the State Court Action purports to allege six causes of action: breach of contract, promissory estoppel, unjust enrichment, fraud and breach of contract/anticipatory repudiation (all against Majapara), and alter ego liability (against JOM). Wachovia claims millions of dollars in damages in connection with these purported causes of action.

8. Defendant hereby removes this case pursuant to 28 U.S.C. §§ 1441(a) and 1331, and 12 U.S.C. § 632, in that this is a suit (i) of a civil nature at common law or in equity to which Wachovia, which is organized under the laws of the United States, is a party; and (ii) arising out of transactions involving international or foreign banking, or out of other international or foreign financial operations, and as such is deemed to arise under the laws of the United States.

---

[1] JOM merged into JOM Corporation of Texas ("JOM Texas") in 2006. Counsel for Majapara has conferred with representatives of JOM Texas, and to the extent consent is needed, JOM Texas consents to the removal of this action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois. JOM Texas is a corporation organized under the laws of the State of Texas that has its principal place of business in San Diego, California.

9. Defendant hereby removes this case pursuant to 28 U.S.C. §§ 1441(b) and 1332, in that this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between a citizen of a State and a citizen or subject of a foreign state.

10. Defendants do not waive any right to contest personal jurisdiction or service by filing this Notice of Removal. *See, e.g., Silva v. City of Madison*, 69 F.3d 1368, 1376 (7th Cir. 1995).

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice will hereafter be filed with the Clerk for the Circuit Court of Cook County, Illinois and served on all parties to this lawsuit.

WHEREFORE, defendant Casa de Cambio Majapara S.A. de C.V. respectfully removes the above-captioned action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

January 8, 2008
Respectfully submitted,

CASA DE CAMBIO MAJAPARA S.A. de C.V.

By: /s/ Celiza P. Bragança
One of its attorneys

Celiza P. Braganca
Thomas D. Brooks
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312/641-3200

## CERTIFICATE OF SERVICE

I, Celiza P. Bragança, certify that I caused a true and correct copy of the foregoing *Notice of Removal*, to be served upon:

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606

Robert C. Samko, P.C.
100 West Monroe Street, Suite 1900
Chicago, Illinois 60603

via Messenger this 8th day of January, 2008.

/s/ Celiza P. Bragança