IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CASA DE CAMBIO MAJAPARA S.A. de C.V., a.k.a. Majapara Casa de Cambio S.A. de C.V. and JOM CORPORATION OF ILLINOIS,<br><br>Defendant,<br><br>and<br><br>Harris N.A., a National Association,<br><br>Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08 CV 170<br>)<br>)  Honorable Amy J. St. Eve<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:  Celiza P. Braganca         Robert C. Samko
     Thomas D. Brooks           Robert C. Samko P.C.
     Sperling & Slater, P.C.    100 West Monroe Street
     55 West Monroe Street      19th Floor
     Suite 3200                 Chicago, IL 60603
     Chicago, IL 60603

**PLEASE TAKE NOTICE** that on February 14, 2008, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve, United States District Court Judge, in Courtroom 1241, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and shall present the **Plaintiff's Motion for Remand**, a copy of which is being served upon you.

Dated: February 6, 2008

                                        Respectfully submitted,
                                        *WACHOVIA BANK, N.A.*
                                        Plaintiff,
                                    By:___s/ Michael S. Leib_____
                                        One of Its Attorneys

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois  60606-7507
(312) 207-1000

Attorneys for Plaintiff Wachovia Bank, N.A.