**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, I electronically filed the foregoing document:

**EXHIBIT F — SUPPLEMENT TO PLAINTIFF'S CORRECTED MOTION FOR REMAND**

with the Clerk of the Court using the CM/ECF. I also certify that the following document is being served this day on all counsel of record identified below via the methods indicated below.

| | |
|---|---|
| Celiza P. Braganca<br>Thomas D. Brooks<br>Sperling & Slater, P.C.<br>55 West Monroe Street<br>Suite 3200<br>Chicago, IL 60603<br>cbraganca@sperling-law.com<br>312-641-6492 (fax)<br>312-641-3200 (telephone) | Robert C. Samko<br>Robert C. Samko P.C.<br>100 West Monroe Street<br>19th Floor<br>Chicago, IL 60603<br>prsamko@hotmail.com<br>312-332-3612 (fax)<br>312-236-7060 (telephone) |
| Via transmission of Notices of Electronic Filing generated by CM/ECF. | Via U.S. Mail. |

                                                      s/ Michael S. Leib
                                                          Michael S. Leib

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 South Wacker Drive
Chicago, Illinois  60606-7507
(312) 207-1000

Attorneys for Plaintiff Wachovia Bank, N.A.

CHILIB-2158539.1