# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Wachovia Bank, National Association

Plaintiff,

v.                                                              Case No.: 1:08−cv−00170

Honorable Amy J. St. Eve

Majapara Casa de Cambio S.A. de C.V.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

     MINUTE entry before Judge Amy J. St. Eve : MOTION by Plaintiff Wachovia Bank, National Association to remand [15] is entered. Set deadlines/hearing as to motion to remand[15] : Responses due by 3/5/2008. Replies due by 3/19/2008. Status hearing set for 2/20/2008 at 8:30 AM to stand.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.