# Exhibit H

JUDGE JONES
Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

07 CV 11230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WACHOVIA BANK, National Association,        :
                                            :
                     Plaintiff,             :        Civil Action No. ___
                                            :
          - against -                       :        **ORDER TO SHOW CAUSE**
                                            :
MAJAPARA CASA DE CAMBIO S.A. de C.V.,       :
                                            :
                     Defendants.            :
-----------------------------------------------------------------X

Upon reading and filing the Declaration of Carlos A. Perez, dated December 13,

2007, the Declaration of Scott S. McKessy, dated December 13, 2007, and the exhibits

annexed thereto, the accompanying Memorandum of Law, the Complaint dated

December 14, 2007, and all the prior pleadings and proceedings had herein, and there

having been no prior motion for the relief requested herein; it is hereby

ORDERED, that defendant Majapara Casa De Cambio S.A. de C.V.

("Majapara") show cause before this Court, in Courtroom 18D at the United States

Courthouse, 500 Pearl Street, New York, New York 10007, on the 21st day of

December, 2007, at 10:00 am, why an Order of attachment should not be entered in this

action, pursuant to Fed. R. Civ. P. 64, directing the United States Marshal, or other

appropriate Federal or State Law Enforcement Agent, to levy within his or her

jurisdiction upon such property in which Majapara has an interest and upon such debts

owing to Majapara as will satisfy $24,711,845.00, plus interest, costs, and the Marshal's

fees and expenses, including but not limited to, the monies being maintained and to be

maintained at the following bank accounts:

> Citibank, N.A.
> 399 Park Avenue
> New York, NY 10043
> (account number 36254838)
>
> JP Morgan Chase Bank, N.A.
> 270 Park Avenue
> New York, NY 10017
> (account number unknown)
>
> Bayerische Hypo- und Vereinsbank, AG
> 150 East 42nd St.
> New York, NY 10017
> (account number unknown)

along with such other and further relief as the Court may deem just, proper, or equitable.

**IT IS FURTHER ORDERED THAT**, pending the hearing and determination of

this motion, Majapara, shall be and hereby is enjoined and restrained from transferring,

selling, pledging, assigning or otherwise disposing of any of its assets.

**IT IS FURTHER ORDERED THAT**, Majapara shall produce a detailed list of

the aforementioned assets and debts, including a description and location of each asset

and debt owed to it, to plaintiff's counsel no later than three (3) business days after

service of this Order upon Majapara as set forth below.

**IT IS FURTHER ORDERED THAT**, pursuant to Fed. R. Civ. P. 64 and CPLR

§ 6212(b), Plaintiff shall be required to post a bond, security or undertaking in the

amount of $ *1,000,000.* within *7* days of execution of this Order.

*(one million dollars)*

IT IS FURTHER ORDERED THAT, service of a copy of this Order along with

all the supporting papers via overnight mail and certified mail upon Majapara at its office

located at Grecia No. 64, Colonia San Alvaro, Mexico City, C.P. 02090, Mexico, on or

before December *15*, 2007, be deemed good and sufficient service thereof.

IT IS FURTHER ORDERED THAT, Majapara shall serve answering papers, if

any, so as to be received by plaintiff's counsel, Reed Smith LLP, 599 Lexington Avenue,

New York, New York 10022, Attention: Scott S. McKessy, Esq. on or before December

*18*, 2007, by 3:00 p.m.

IT IS FURTHER ORDERED THAT, Plaintiff shall serve reply papers, if any,

on or before December *19*, 2007 by ___*5:00 pm*___ upon Majapara.

Dated: New York, New York
       December *14*, 2007

SO ORDERED:

_____
United States District Judge

/SSUED: _____