# Exhibit J

Order Attachment Returnable    (This form replaces CCM1 24, CCMD 24 and CCL 27)    (Rev. 12/01) CCG 0024

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Wachovia Bank, National Association
                                                            **Plaintiff**
vs.

Majapara Casa De Cambio S.A. de C.V.
                                                            **Defendant**

Harris N.A.
                                                            **Garnishee***

No. 07 L 13958

Amount Claimed $ 24,711,845.00

Return Date January 11, 2008
(December 18, 2007 as to
Garnishee Harris N.A.'s
interrogatory answers)

### ORDER FOR ATTACHMENT AND SUMMONS

The Plaintiff Wachovia Bank, National Association _____ having established by ~~complaint and~~ affidavit a prima facie case that the Defendant Majapara Casa De Cambio S.A. de C.V. is justly indebted to the Plaintiff Wachovia Bank, National Association in the amount of 24,711,845 Dollars xxx and Cents and that Defendant (1) is not a resident of this State and (2) either (a) within the two years preceding the filing of Plaintiff's affidavit has fraudulently concealed or disposed of its property so as to hinder or delay its creditors, or (continued on page 2)

(Here State the Grounds of Attachment Relied Upon in the Affidavit)

and the Plaintiff having given bond and security, according to law: IT IS ORDERED that the Sheriff of Cook County attach so much of the estate, real or personal of the defendant as may be found in your county, as shall be of value sufficient to satisfy the debt and costs, according to the affidavit, but in case any specific property of the defendant found in your county shall be described herein, then you shall attach the described property only, and no other property, the said specified property to be so attached, being described as follows:

Any and all bank accounts or other property of any kind upon which Majapara Casa de Cambio S.A. de C.V. has an interest that is held at, maintained by, or in the custody or possession of Harris N.A. (d/b/a Harris Bank), including but not limited to Account Number 2004919, up to a total aggregate amount of $12.5 million (US$)

and such estate attached in your possession to secure, or to provide that the same may be liable to further proceedings according to law; and that you summon the defendant to either appear in person or through his/her attorney and cause an appearance and answer to be filed in said cause in Room 801, Richard J. Daley Center, Chicago, Illinois
(Location)
on or before January 11, 2008 or at his/her option, to appear at any time prior thereto and move the court to set a hearing on this Order for Attachment or affidavit, and that you also summon Harris N.A. as garnishees*, requiring them to file with the clerk of the court at Room 801, Richard J. Daley Center, Chicago, Ilinois
(Location)
at 9:30 A.M. on December 18, 2007, or before that time their answers in writing to the interrogatories, submitted.

(continued on page 2)

Atty. No.: 43456
Name: Barry Rosen, Reed Smith LLP
Atty. for: Plaintiff
Address: 10 S. Wacker Dr., Suite 4000
City/State/Zip: Chicago, IL 60606-7507
Telephone: 312-207-1000

ENTER: _____
                Judge            Judge's No.

735 ILCS 5/4-110.

*Strike out portions not applicable.

### NOTICE TO SHERIFF

Service upon the defendant shall be made as soon as possible after entry of this Order for Attachment upon the property described herein, but in no event later than five days thereafter.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 L 13958 |
| v. ) ) | |
| MAJAPARA CASA DE CAMBIO S.A. de C.V., ) ) | |
| Defendant. ) ) | |
| HARRIS N.A., ) ) | |
| Garnishee. ) | |

### ORDER FOR ATTACHMENT AND SUMMONS (con't)

(b) is about fraudulently to conceal, assign, or otherwise dispose of his or her property or effects, so as to hinder or delay his or her creditors.

Harris N.A. shall serve counsel for Plaintiff with its interrogatory answer by hand delivery on or before December 18, 2007.

Service of this Order for Attachment and Summons along with the supporting papers via overnight mail and registered mail upon Majapara Casa De Cambio S.A. de C.V. at its office located at Grecia No. 64, Colonia San Alvaro, Mexico City, C.P. 02090, Mexico, to be deposited to the overnight carrier and in the mail on or before December 17, 2007, shall be deemed good and sufficient service thereof.