**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Wachovia Bank, National Association

                       Plaintiff,

v.                                               Case No.: 1:08−cv−00170
                                                                  Honorable Amy J. St. Eve

Majapara Casa de Cambio S.A. de C.V.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 2/20/2008. Response to counterclaims due by 3/14/2008. Rule 26(a)(1) disclosures due 3/21/2008. Written discovery to be issued by 3/28/2008. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Merger Agreement produced in open court for attorney's eyes only. Status hearing set for 4/16/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.