# Exhibit B

Mexico City, December 13, 2007.

Carlos A. Perez
Managing Director
Wachovia Bank, N.A.

Dear Carlos:

I hereby ratify the main issues discussed during our telephone conversation of earlier today:

1. MAJAPARA acknowledges its indebtedness with Wachovia and is doing all things necessary to repay it as soon as practicable.
2. The debt arose as a result of the abrupt cancellation of the operating lines that Wachovia had for many years granted to MAJAPARA. Reasonable notice would have enabled us to replace Wachovia's lines with lines from some other bank.
3. The lines granted by Wachovia to MAJAPARA were, in turn, allocated to MAJAPARA's clients. We are in the process of recovering those funds, but our clients also require a reasonable period to replace such lines.
4. We understand that Wachovia finds it unpleasant to have these items reported as past due, and are willing to secure our debt with shares of stock of MAJAPARA (we could also consider an option to capitalize such debt).
5. MAJAPARA is a leading PLD institution, with over 15,000 clients, over 500 employees and a market value of approximately $70,000,000 dollars, which is more than sufficient to secure its debt with Wachovia.
6. We must together find a win-win solution for both Wachovia and MAJAPARA. The business could lose its market value should Wachovia take action to preclude MAJAPARA's operations. The closed business would only be worth $10 million dollars, resulting in losses for both Wachovia and MAJAPARA.

We appreciate your understanding in light of the inconvenience and reiterate our willingness to together find a prompt solution to this problem.

Sincerely,

Jorge Ortiz Muñoz
CEO



Mexico D.F. a 13 de diciembre de 2007.

Carlos A. Perez
Managing Director
Wachovia Bank, N.A.

Estimado Carlos:

Me permito confirmarte los principales puntos expresados en nuestra conversación telefónica de hoy:

1.- MAJAPARA reconoce el adeudo que tiene con Wachovia y esta haciendo todo lo necesario para liquidarlo a la mayor brevedad posible.
2.- El origen del adeudo es la cancelación intempestiva de las líneas de operación que durante años Wachovia concedió a MAJAPARA. Un plazo razonable nos hubiera permitido sustituir las líneas de Wachovia por la de algún otro banco.
3.- La líneas que Wachovia otorgaba a MAJAPARA eran a su vez otorgadas a los clientes de MAJAPARA. Estamos recuperando esos recursos, pero los clientes a su vez requieren un plazo razonable para sustituir sus líneas.
4.- Entendemos que para Wachovia es incómodo tener esas partidas en deudores y estamos en disposición de garantizar el adeudo con acciones de MAJAPARA (incluso se puede considerar la opción de capitalizar el adeudo).
5.- MAJAPARA es una institución líder en PLD con mas de 15,000 clientes y mas de 500 empleados, su valor de mercado es de aproximadamente 70'0000,000 de dólares por lo que garantiza sobradamente el adeudo con Wachovia.
6.- Es necesario encontrar juntos una solución ganar-ganar para Wachovia y MAJAPARA. El negocio puede perder su valor de mercado si Wachovia emprende acciones tendientes a impedir la operación de MAJAPARA. El negocio cerrado valdría solamente 10 millones de dólares, con el consiguiente quebranto tanto para Wachovia como para MAJAPARA.

Agradecemos su comprensión por los inconvenientes causados y reiteramos nuestra disposición para encontrar juntos una pronta solución a este problema.

Atentamente

Jorge Ortiz Muñoz
CEO



OFICINA MATRIZ
LAGO MARGARITA NO. 16
COL. GRANADA 11520
MÉXICO D.F.

AGUASCALIENTES
AGUASCALIENTES

BAJA CALIFORNIA
TIJUANA
ENSENADA

COAHUILA
SALTILLO

COLIMA
COLIMA
MANZANILLO

DISTRITO FEDERAL
BOSQUES
GUADALUPE INN
MINERVA
VALLE

ESTADO DE MÉXICO
METEPEC
TLALNEPANTLA

GUANAJUATO
CELAYA
IRAPUATO
LEÓN

JALISCO
GUADALAJARA

MICHOACÁN
LÁZARO CÁRDENAS
MORELIA

NUEVO LEÓN
MONTERREY

PUEBLA
PUEBLA

QUERETARO
QUERÉTARO

SAN LUIS POTOSÍ
SAN LUIS POTOSÍ

SONORA
HERMOSILLO

TAMAULIPAS
ALTAMIRA
TAMPICO

VERACRUZ
VERACRUZ
CÓRDOBA

YUCATÁN
MÉRIDA

"LA HONESTIDAD DE
NUESTROS CLIENTES
NOS DISTINGUE"

State of Connecticut ⎫
⎬ ss
County of Fairfield ⎭

## AFFIDAVIT OF ACCURACY OF TRANSLATION

The undersigned, Gabriela Garate-Konstantinovic, hereby declares, under penalty of perjury that:

    1.    I am an attorney duly qualified to practice law in the jurisdiction of Mexico;

    2.    I am a native Spanish speaker. I also have full command of the English language, acquired through my academic education, professional experience and over fifteen years of residence in the United States;

    3.    I am a recognized translator, from English into Spanish and *vice versa*, of all types of legal and financial documents. I have translated, from Spanish into English, the letter dated December 13, 2007, from Jorge Ortiz Muñoz to Carlos A. Perez. To the best of my knowledge and understanding, based upon 1 and 2 above, the English version of such document is a true, complete and correct translation of the Spanish version thereof.

IN WITNESS WHEREOF, I have affixed my signature onto this instrument on this 17th day of January, 2008.

*[signature]*