IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASA DE CAMBIO MAJAPARA S.A. de )<br>C.V. a/k/a MAJAPARA CASA DE )<br>CAMBIO S.A. de C.V. and )<br>JOM CORPORATION OF ILLINOIS )<br>)<br>Defendants. )<br>)<br>HARRIS BANK, N.A. )<br>)<br>Garnishee. ) | Case No.  08 CV 170<br><br>Judge St. Eve |

**SUGGESTION OF BANKRUPTCY**

Please take notice that on March 5, 2008, defendant Casa de Cambio Majapara S.A. de C.V. (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division ("Bankruptcy Court").  The Debtor's bankruptcy case was filed under Case No. 08-05230.  A copy of the Debtor's voluntary petition is attached hereto as Exhibit A.

Please take further notice that, pursuant to 11 U.S.C. § 362, the commencement or continuation of any action, or proceeding against the Debtor, and any act to exercise control over or recover a claim against property of the Debtor's bankruptcy estate, is automatically stayed. Any such action taken by a party without prior relief from the Bankruptcy Court is null and void.

{000 NTC A0202168.DOC}

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Casa de Campio Majapara S.A. de C.V. |
| Dated: March 18, 2008 | By:   */s/ Vipin R. Gandra*<br>         One of its attorneys |

Brian L. Shaw (#6216834)
Vipin R. Gandra (#6289540)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 275-0569  facsimile

*Counsel for Casa de Campio Majapara S.A. de C.V.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the above and foregoing was accomplished by U.S. First Class Mail on the following Mail service list on this 18th day of March, 2008.

*/s/ Vipin R. Gandra*

| | |
|---|---|
| Barry S. Rosen<br>Michael D. Richman<br>Michael S. Leib<br>Reed Smith, LLP<br>10 S. Wacker Drive<br>Chicago, IL 60606 | Harris Bank, N.A.<br>Attn: Linda L. Ochwat<br>111 West Monroe<br>Chicago, IL 60603 |