IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> CASA DE CAMBIO MAJAPARA S.A. de C.V., a.k.a. Majapara Casa de Cambio S.A. de C.V. and JOM CORPORATION OF ILLINOIS, <br><br> Defendant, <br><br> and <br><br> Harris N.A., a National Association, <br><br> Garnishee. | Case No. 08 CV 170 <br><br> Honorable Amy J. St. Eve |

**PLAINTIFF'S MOTION FOR CLARIFICATION AND
AMENDMENT OF MARCH 18, 2008 ORDER**

Plaintiff Wachovia Bank, National Association ("Wachovia"), hereby moves this Court for an Order clarifying and amending the Court's March 18, 2008 Order. In support of this Motion, Wachovia states as follows:

1. On December 17, 2007, Wachovia filed a Complaint in the Circuit Court of Cook County against Defendants Casa de Cambio Majapara S.A. de C.V. a/k/a Majapara Casa de Cambio S.A. de C.V. ("Majapara") and JOM Corporation of Illinois alleging that the Defendants owed it over $24 million..

2. On January 8, 2008, Majapara removed the case to this Court.

3. On February 6, 2008, Wachovia filed a Motion for Remand on the grounds that neither JOM Corporation of Illinois nor its alleged sole successor in interest, JOM Corporation, expressly joined in the removal.

4. On March 5, 2008, prior to filing its response to the Motion for Remand, Majapara filed a Voluntary Petition for Bankruptcy with the United States Bankruptcy Court for the Northern District of Illinois. The Case was assigned to the Honorable Bruce W. Black.

5. On March 18, 2008, Majapara filed a Suggestion of Bankruptcy with this Court.

6. On that same day, this Court entered a Minute Entry stating: "All pending motions are denied without prejudice to refile once the stay is lifted. Status hearing set for 4/16/08 is stricken and reset to 9/3/2008 at 8:30 AM Civil case terminated." (Order, attached hereto as Exhibit A.)

7. Under 28 U.S.C. §1447(c), a Motion for Remand must be filed within 30 days after the filing of a notice of removal. Thus, Wachovia is concerned that, once the stay is lifted, and Wachovia renews its Motion for remand, Majapara will object that Wachovia's Motion for Remand is not timely as it would be filed after the 30 days. While Wachovia believes that such a position would not be tenable, to ensure that there is no question as to Wachovia's rights with regard to the Motion for Remand, Wachovia requests that the Court clarify and modify its March 18, 2008 Order.

8. In the March 18, 2008 Order, the Court stated "Civil case terminated." Wachovia requests that the Court clarify this order so it is clear the case has not be dismissed, but merely stayed.

9. Wachovia further requests that the Court amend its March 18, 2008 Order to reflect that the Motion for Remand is not denied, but rather is entered and continued.

10. By clarifying and amending the March 18, 2008 Order to reflect that the case is merely stayed and the Motion for Remand is not denied, but rather is entered and continued, the

Court will effectuate the automatic stay without risking prejudicing Wachovia's rights to later move on its Motion for Remand.

11. On March 31, 2008, Judge Black granted Wachovia's Motion for Relief from Stay. An order lifting the automatic stay to allow Wachovia to bring this Motion will be entered in the next few days.

**WHEREFORE**, for the reasons stated herein, Plaintiff Wachovia Bank, National Association requests that the Court: (1) clarify its March 18, 2008 Order to reflect that the case is merely stayed and not dismissed; (2) amend its March 18, 2008 Order to reflect that the Motion for Remand is not denied, but rather is entered and continued; and (3) grant such other and further relief as the Court deems just and proper.

Dated: March 31, 2008

Respectfully submitted,
***WACHOVIA BANK, N.A.***
Plaintiff,

By:    s/ Michael S. Leib
One of Its Attorneys

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000

Attorneys for Plaintiff Wachovia Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing documents:

**NOTICE OF MOTION** and **PLAINTIFF'S MOTION FOR CLARIFICATION AND MODIFICATION OF MARCH 18, 2008 ORDER**

with the Clerk of the Court using the CM/ECF. I also certify that the following documents are being served this day on all counsel of record identified below via the methods indicated below.

Celiza P. Braganca
Thomas D. Brooks
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
cbraganca@sperling-law.com
312-641-6492 (fax)
312-641-3200 (telephone)

Via transmission of Notices of Electronic Filing generated by CM/ECF.

Robert C. Samko
Robert C. Samko P.C.
100 West Monroe Street
19th Floor
Chicago, IL 60603
prsamko@hotmail.com
312-332-3612 (fax)
312-236-7060 (telephone)

Via Overnight Mail.

                                          s/ Michael S. Lieb
                                             Michael S. Lieb

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 South Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000

Attorneys for Plaintiff Wachovia Bank, N.A.