# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Wachovia Bank, National Association
                                                     Plaintiff,

v.                                                                 Case No.: 1:08−cv−00170
                                                                 Honorable Amy J. St. Eve

Majapara Casa de Cambio S.A. de C.V.
                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Defendant has filed its Suggestion of Bankruptcy. Accordingly, this action is automatically stayed. All pending motions are denied without prejudice to refile once the stay is lifted. Status hearing set for 4/16/2008 is stricken and reset to 9/3/2008 at 8:30 AM Civil case terminated. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.