IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CASA DE CAMBIO MAJAPARA S.A. de C.V., a.k.a. Majapara Casa de Cambio S.A. de C.V. and JOM CORPORATION OF ILLINOIS,<br><br>　　　　Defendant,<br><br>and<br><br>Harris N.A., a National Association,<br><br>　　　　Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 08 CV 170<br>)<br>)　Honorable Amy J. St. Eve<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:　Celiza P. Braganca　　　　　　　Robert C. Samko
　　　Thomas D. Brooks　　　　　　　Robert C. Samko P.C.
　　　Sperling & Slater, P.C.　　　　　100 West Monroe Street
　　　55 West Monroe Street　　　　　19th Floor
　　　Suite 3200　　　　　　　　　　　Chicago, IL 60603
　　　Chicago, IL 60603

　　　**PLEASE TAKE NOTICE** that on April 3, 2008, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve, United States District Court Judge, in Courtroom 1241, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and shall present the **Plaintiff's Motion for Clarification and Amendment of March 18, 2008 Order**, a copy of which is being served upon you.

Dated: March 31, 2008　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　*WACHOVIA BANK, N.A.*
　　　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　By:　s/ Michael S. Leib
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Barry S. Rosen
Michael D. Richman
Michael S. Leib
REED SMITH, LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-1000

Attorneys for Plaintiff Wachovia Bank, N.A.