**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Wachovia Bank, National Association

                              Plaintiff,

v.                                                               Case No.: 1:08−cv−00170

                                                                  Honorable Amy J. St. Eve

Majapara Casa de Cambio S.A. de C.V.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Plaintiff Wachovia Bank, National Association to clarify and Amedment of March 18, 2008 Order [26] is granted in part. Motion hearing held on 4/3/2008 regarding motion to clarify [26]. In light of Defendant's filing for bankruptcy, the Court stayed this case and denied the pending motion to remand without prejudice to reinstate if the automatic stay is lifted. If the stay is lifted, the motion to remand will be automatically reinstated retroactively to the date filed. Plaintiff will not be prejudiced from the time limits imposed under Section 1447(c) because its motion to remand will be reinstated as of the date Plaintiff filed it. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.